**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **ELDON PIERRE LEGER** | * | **CIVIL ACTION NO. 08-1574** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the Commissioner's decision is **REVERSED**, and that claimant be awarded benefits commencing October 19, 2000.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 17th day of February, 2010.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE